UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH SHARON HOLLANDER,

                Plaintiff,

-against-

CITICARDS CBNA,

                Defendant.

**ORDER**

22-CV-01940 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in this case. (Doc. 7). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

    Counsel for Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on May 27, 2022.

                                      SO ORDERED:

Dated:  White Plains, New York
          May 26, 2022

                                _____
                                PHILIP M. HALPERN
                                United States District Judge